ACCEPTED
03-14-00695-CR
6859081
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 9:27:53 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00695-CR

| | | |
|---|---|---|
| **PAUL DANIEL CAMPBELL** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/10/2015 9:27:53 AM
JEFFREY D. KYLE
Clerk

## STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 30 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Intoxication Manslaughter with a Vehicle, a second-degree felony. After his conviction by a jury – which also made an affirmative finding of a deadly weapon – Appellant was sentenced to 17 years of confinement in the Texas Department of Criminal Justice. Appellant's brief was initially due March 19, 2015. After two motions for extension were granted, Appellant filed his brief on May 28, 2015. The State's Brief is currently due on August 31, 2015.

1

## II.

I anticipate that I will handle the brief for the State in this case. Since early August, I have had to review five habeas corpus applications, some of which were lengthy. Two applications required research to draft orders for the trial court, and I filed an answer to another original application filed with the Court of Criminal Appeals in WR-83,674-02. Additionally, I have gathered information on, reviewed or prepared expunctions and nondisclosures, including several petitions in the last month. I have also recently assisted other attorneys in the office with various issues in their appeals. On September 8th I filed the State's brief in 03-15-00079-CR. I must review and potentially respond to another habeas application today, and afterwards will need to work on the State's brief in 07-15-00151-CR, currently due September 14th. Furthermore, because of the increased volume of appeals in our county, the Comal County Commissioner's Court has recently improved funding for a second appellate prosecutor position, which our office anticipates adding around January 1, 2016. I have not yet been able to work on a response in the instant case, and respectfully request an extension of 30 days to file the State's brief. This is the third extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 30 days, until September 30, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant PAUL DANIEL CAMPBELL's attorney in this matter:

Amanda Erwin
amanda@theerwinlawfirm.com
109 East Hopkins Street, Suite 200
San Marcos, Texas 78666
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov, this 10th day of September, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**